IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GCM PARTNERS, LLC, an Illinois limited liability company, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Civil Action No. 1:20-cv-06401 |
| v. ) ) | |
| HIPAALINE LTD., a limited company of England ) and Wales, and EMILY ARIDA FISHER, ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES

Defendant, EMILY ARIDA FISHER, by her undersigned counsel, respectfully moves this Honorable Court for leave to file an Objection in excess of the 15-page limit provided under Local Rule 7.1, and in support thereof, states as follows:

1. On March 8, 2021, this Court entered an Order scheduling a March 19, 2021 evidentiary hearing on Plaintiff's Emergency Motion for Issuance of Rule to Show Cause and a Finding of Contempt (hereafter, "Plaintiff's Motion"). (Dkt. 70). By the same Order, this Court granted Defendant Emily Arida Fisher ("Fisher") leave to file an Objection to the evidentiary hearing no later than March 15, 2021. (*Id.*)

2. Fisher has prepared an Objection to the evidentiary hearing which examines numerous complex issues, including whether this Court has jurisdiction to hold a contempt hearing against Fisher and OnlineMD, the legal implications of actions by independent receivers appointed to dispose of Hipaaline's assets in the context of a valid insolvency proceeding, and whether the contempt hearing, even as limited to Fisher and OnlineMD's conduct after Hipaaline's insolvency petition, violates comity with the United Kingdom.

3. In order to present her factual and legal arguments on these issues in a comprehensive and meaningful manner, it was necessary for Fisher's Objection to exceed the 15-page limitation provided under Local Rule 7.1 by an additional six (6) pages. Fisher therefore respectfully requests leave to file her 21-page Objection to the evidentiary hearing *instanter*.

WHEREFORE, Defendant Emily Arida Fisher respectfully requests this Court enter an Order granting her leave to file *instanter* an Objection to the March 19, 2021 evidentiary hearing of up to 21 pages, and grant whatever other relief this Court deems just and proper.

**EMILY ARIDA FISHER**

By: */s/ Martin B. Carroll*
One of her Attorneys

Martin B. Carroll (#6200977)
mcarroll@foxswibel.com
Adam A. Hachikian (#6283021)
ahachikian@foxswibel.com
David J. Ogles (#6309823)
dogles@foxswibel.com
Steven L. Vanderporten (#6314184)
svanderporten@foxswibel.com
**Fox Swibel Levin & Carroll LLP**
200 W. Madison St., Suite 3000
Chicago, IL 60606
Phone: 312-224-1200
Fax:    312-224-1201

Dated:  March 15, 2021