# Exhibit A

**(Exhibit A is a video file containing excerpts from Jonathan Mraunac's deposition. Fisher has uploaded the video to the Court's Electronic Submissions Portal pursuant to L.R. 79.1.1 and served a copy upon Plaintiff)**

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 28, 2026, I served this slip sheet exhibit and the video file (which was uploaded to the Court's Electronic Submissions Portal pursuant to L.R. 79.1.1) via electronic mail on all counsel of record registered in this matter on the ECF system for the United States District Court for the Northern District of Illinois, as follows:

Trisha M. Rich
Phillip W. Nelson
William A. Ringhofer
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Trisha.Rich@hklaw.com
Phillip.Nelson@hklaw.com
William.Ringhofer@hklaw.com

Jonathan Mraunac
JMraunac@gcmp.us

By: ___*//s// Jeffrey Butler*_______

Jeffrey Butler (IL Bar No. 6343082)