**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

GCM Partners, LLC
Plaintiff,
v.
Emily Arida Fisher, et al.
Defendant.

Case No.: 1:20−cv−06401
Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2026:

MINUTE entry before the Honorable Albert Berry III: Motion hearing held 9/30/26. Defendants' motion to disqualify counsel from taking Emily Fisher's deposition [255] is construed as a motion for protective order 26(c) and is granted for the reasons discussed in open court. In light of the Court's broad discretion to manage discovery matters and the non−exhaustive nature of the relief enumerated in Rule 26(c), the Court finds there is good cause on the record before it to find that Mr. Mraunac should be barred from taking Ms. Fisher's deposition to protect her from annoyance or oppression. The deposition will proceed with other counsel of record for Plaintiff GCM Partners. Mr. Mraunac may be present for the deposition, but may not impede the reasonable progress of the deposition. Defendants' motion to compel further deposition testimony from Jonathan Mraunac and for Attorney's Fees [252] is granted in full for the reasons discussed in open court. Mr. Mraunac is ordered to appear for a deposition for an additional two hours of deposition testimony limited in scope to the questions Mr. Mraunac refused to answer. The Court further finds that Mr. Mraunac's refusal to answer questions was not substantially justified and that awarding fees would not otherwise be unjust. Therefore, the Court grants the motion to the extent it seeks fees and costs pursuant to Rule 37(a)(5)(A), and awards reasonable fees to Defendants incurred in filing the motion to compel and any fees and costs that Defendants incur in taking Mr. Mranauc's continued deposition. Within seven days of Mr. Mranauc's completed deposition, the parties are ordered to meet and confer on Defendants' attorneys' fees and try to reach a resolution. If they are unable to do so, Defendants can file a statement regarding fees, with documentation supporting the fees requested within seven days of that meet and confer. Plaintiff may file its objection to those fees seven days after Defendants' statement. Defendants' motion for extension of time to complete discovery [263] is granted. The fact discovery deadline is extended to 4/16/27. Given the length of this extension, this will be the final extension of the fact discovery deadline absent extenuating circumstances beyond the counsel's control. The 10/20/26 joint status report date is stricken and reset to 12/17/26. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.